**Opinion issued August 5, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-22-00574-CV

————————————

## IN RE TAMMY TRAN; MINH-TRAN "TAMMY" TRAN, ATTORNEY AT LAW, LLP; CHUA, LLC; AND HONG-AN, LP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging the trial court's July 28, 2022 order (1) denying Relators' motion for protective order and (2) compelling Relators to produce documents.[1] In conjunction with the petition,

---

[1] The underlying case is *2905 Fannin, LLC v. Tammy Tran, Minh-Tran "Tammy" Tran, Attorney at Law, LLP, Chua, LLC, and Hong-An, LP*, cause number 2021-46939, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.

Relators filed an emergency motion to stay the ordered production of documents.

We deny the mandamus petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.